

# MEMORANDUM OPINION

No. 04-08-00499-CV

## IN RE DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES
and Commissioner Carey D. Cockrell

Original Mandamus Proceeding[1]

Opinion by:   Karen Angelini, Justice

Sitting:      Karen Angelini, Justice
              Phylis J. Speedlin, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:   September 24, 2008

PETITION FOR WRIT OF MANDAMUS DISMISSED

The Texas Department of Family and Protective Services and Commissioner Carey Cockrell have filed a motion to dismiss their petition for writ of mandamus. We grant the motion and dismiss the petition.

Karen Angelini, Justice

---

[1] This proceeding arises out of Cause No. 2008-CI-07624, styled *In re Z.G.J., J.E.J., and J.S.J.*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.